THE HONORABLE ROBERT J. BRYAN

12-CV-05501-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON W. and SUZANNE J. GAGNON,

Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A. WELLS FARGO FINANCIAL NATIONAL BANK, N.A., TICOR TITLE INSURANCE COMPANY NORTHWEST TRUSTEE SERVICES PRIMARY FINANCIAL SERVICES, L.L.C. INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,

Defendants.

Case No. 3:12-cv-05501-RJB

**STIPULATION AND ORDER OF DISMISSAL**

[PROPOSED]

## STIPULATION

Plaintiffs Jason W. Gagnon and Suzanne J. Gagnon, Defendants Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Wells Fargo Financial National Bank, N.A., Mortgage Electronic Registration Systems, Inc., Northwest Trustee Services, and Ticor Title Insurance Company, stipulate that all claims that Plaintiffs have asserted or could assert against Defendants in the above-captioned action will be dismissed with prejudice and with each party bearing its attorneys' fees and costs. The parties also stipulate to the entry of the subjoined Order without further notice to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
NO. 3:12-CV-05501-RJB

105727.1297/5578488.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

DATED: January 28, 2013

_____
Jason W. Gagnon, Pro se
Plaintiff

_____
Suzanne J. Gagnon, Pro se
Plaintiff


LANE POWELL PC


By _____
Ronald E. Beard, WSBA No. 24014
beardr@lanepowell.com
David C. Spellman, WSBA No. 15884
spellmand@lanepowell.com
Daniel A. Kittle, WSBA No. 43340
kittled@lanepowell.com
Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Wells Fargo Financial National Bank, N.A., and Mortgage Electronic Registration Systems, Inc., and MERSCORP Holdings, Inc.


ROUTH CRABTREE OLSEN, P.S.


By _____
Heidi Buck Morrison, WSBA No. 41769
hbuckmorrison@rcolegal.com
Attorneys for Defendant Northwest Trustee Services

STIPULATION AND ORDER OF DISMISSAL - 2
NO. 3:12-CV-05501-RJB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105727.1297/5578488.1

FIDELITY NATIONAL LAW GROUP

By /s/
Henry K. Hamilton, WSBA No. 16301
henry.hamilton@fnf.com
Attorneys for <u>Defendant</u> Ticor Title Insurance Company

### ORDER

Based on the foregoing stipulation, and the Court being fully advised of the premises, IT IS SO ORDERED. The case is dismissed with prejudice, and the Clerk is directed to permanently close this case.

Dated this 30th day of January, 2013.

/s/ Robert J. Bryan
UNITED STATES DISTRICT JUDGE ROBERT J. BRYAN

STIPULATION AND ORDER OF DISMISSAL - 3
NO. 3:12-CV-05501-RJB

105727.1297/5578488.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107